1  MICHAEL C. HARKNESS, APLC
   Michael C. Harkness
2  State Bar No. 176604
   121 Broadway, Suite 323
3  San Diego, California 92101
   (619) 702-4450
4  fax: (619) 702-8384

```
                    FILED
                 NOV - 1 2007
           CLERK, U.S. DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>VINCENT JIMENEZ,  )<br>  )<br>     Defendant.  )<br>  ) | Case No.:  07 MJ 2488<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that the defendant in the above-entitled action, Vincent Jimenez, hereby requests that the court substitute Michael C. Harkness in as his attorney of record in the place of Debra R. Torres-Reyes, Esq.

Date: 10-30-07

Vincent Jimenez, Defendant

I accept the above-requested substitution of attorney.

Date: 10/30/2007

Michael C. Harkness, Esq.

I am informed of, and consent to, the above-requested substitution of attorney.

Date: _____

Debra R. Torres-Reyes, Esq.

MICHAEL C. HARKNESS, APLC
Michael C. Harkness
State Bar No. 176604
121 Broadway, Suite 323
San Diego, California 92101
(619) 702-4450
fax: (619) 702-8384

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>VINCENT JIMENEZ,<br>    Defendant. | Case No.: 07 MJ 2488<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that the defendant in the above-entitled action, Vincent Jimenez, hereby requests that the court substitute Michael C. Harkness in as his attorney of record in the place of Debra R. Torres-Reyes, Esq.

Date: 10-30-07         _/s/ Vincent Jimenez_
                               Vincent Jimenez, Defendant

I accept the above-requested substitution of attorney.

Date: 10/30/2007      _/s/ Michael C. Harkness_
                               Michael C. Harkness, Esq.

I am informed of, and consent to, the above-requested substitution of attorney.

Date: 10/30/07         _/s/ Debra R. Torres-Reyes_
                               Debra R. Torres-Reyes, Esq.