**FILED**

NOV - 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VINCENT JIMENEZ,<br><br>　　　　Defendant. | Case No.: 07 MJ 2488<br><br>**ORDER OF SUBSTITUTION<br>OF ATTORNEY** |

It is hereby **ORDERED** that Michael C. Harkness is substituted in as the attorney of record for defendant, Vincent Jimenez, in the place of Debra R. Torres-Reyes, Esq.

Date: 11/1/07

　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of California