UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2007 NOV -1  A 11: 48

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07cr2999-BTM / 07mj2488 |
| Plaintiff | |
| vs. | ORDER |
| Vincent Jimenez | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 05303298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Rigoberto Contreras-Valladares**

DATED: 11-1-07

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk