PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 NOV 26 PM 12:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. JIMENEZ, VINCENT                        Docket No. 07MJ2488-001

**Petition for Modification of Conditions of Pretrial Release**

Comes now Evelyn Garcia Pretrial Services Officer Assistant presenting an official report upon the conduct of defendant JIMENEZ, VINCENT who was placed under pretrial release supervision by the Honorable William McCurine sitting in the court at San Diego, on the 18th day of October, 2007, under the following conditions:

not commit a federal, state, or local crime, make all court appearances, report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer, travel restricted to the Southern and Central Districts of California, not possess or use a narcotic drug or other controlled substance without a lawful medical prescription, not possess a firearm, dangerous weapon or destructive device, and seek and maintain full-time employment or schooling.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant has revealed a history of illicit drug use. This information was not available to the Court at the time bail was set in this matter.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this __16th__ day of November, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 15, 2007

Respectfully,

_____
Evelyn Garcia, U.S. Pretrial Services Officer

Place    San Diego, California

Date    November 15, 2007